**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1084**

In Re:  STANLEY LORENZO WILLIAMS,

                    Petitioner.

On Petition for Writ of Mandamus.  (1:03-cv-00299-TDS-WWD)

Submitted:  July 14, 2010              Decided:  July 21, 2010

Before KING, GREGORY, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Stanley Lorenzo Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams petitions for a writ of mandamus challenging the criminal judgments in two state cases and seeking immediate release from prison or vacatur of the judgments. We conclude that Williams is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Additionally, mandamus may not be used as a substitute for appeal, In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007), and is not available if the petitioner has other adequate means to seek the desired relief. In re Braxton, 258 F.3d 250, 261 (4th Cir. 2001).

The relief sought by Williams is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We deny as moot Williams' motions to expedite and dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED